UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WU,<br><br>                Plaintiff,<br><br>        v.<br><br>CITIBANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC,<br><br>                Defendants. | Case No. 4:25-cv-00597-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br>**(as modified)** |

Having reviewed and considered the Parties' Stipulation to Continue Case Management Conference, and upon good cause shown for the requested relief, hereby ORDERS as follows:

**IT IS HEREBY ORDERED THAT:**

The Parties' Stipulation is approved.

The Case Management Conference Hearing that is currently scheduled for April 22, 2025 at 2:00 p.m. is continued to April 29, 2025 via a Zoom webinar. The Zoom webinar information and instructions remain the same as previously provided in docket no. 25.

**SO ORDERED**, this 14th day of April, 2025.

                                        The Honorable Haywood S. Gilliam, Jr.
                                        United States District Court Judge