UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WU, | Case No. 25-cv-00597-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| CITIBANK, N.A., et al., | |
| Defendants. | |

A case management conference was held on April 29, 2025. Having considered the parties' proposals, *see* Dkt. No. 43, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | June 28, 2025 |
| Close of Fact Discovery | September 26, 2025 |
| Exchange of Opening Expert Reports | October 11, 2025 |
| Exchange of Rebuttal Expert Reports | October 26, 2025 |
| Close of Expert Discovery | November 10, 2025 |
| Dispositive Motion Hearing Deadline | January 15, 2026, at 2:00 p.m. |
| Pretrial Conference | April 21, 2026, at 3:00 p.m. |
| Jury Trial (3 days) | May 4, 2026, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 5/1/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2