# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITIBANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC,<br><br>　　　　Defendants. | Case No.: 4:25-cv-00597-HSG<br><br>**ORDER**<br><br>Judge: Honorable Haywood S Gilliam, Jr. |

Good causing appearing, the stipulated request of Plaintiff Raymond Wu ("Plaintiff") and Defendant TransUnion, LLC, ("TransUnion"), for dismissal of TransUnion from the case with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), is hereby GRANTED. Further, Plaintiff and TransUnion shall bear their own fees and costs.

　　IT IS SO ORDERED.

Dated: 7/2/2025　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. HAYWOOD S GILLIAM, JR.
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE