UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITIBANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC,<br><br>　　　　　Defendants. | Case No.: 4:25-cv-00597-HSG<br><br>**ORDER**<br><br>Judge: Honorable Haywood S Gilliam, Jr. |

　　　Good causing appearing, the stipulated request of Plaintiff Raymond Wu ("Plaintiff") and Defendant Experian Information Solutions, Inc., ("Experian"), for dismissal of Experian from the case with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), is hereby GRANTED. Further, Plaintiff and Experian shall bear their own fees and costs.

　　　IT IS SO ORDERED.

Dated:  7/18/2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE