**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride (SBN: 297557)
ryan@kazlg.com
2221 Camino Del Rio S., #101
San Diego, CA 92108
Telephone:   (800) 400-6808
Facsimile:     (800) 520-5523

*Attorneys for Plaintiff*,
RAYMOND WU

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WU, <br><br> Claimant, <br><br> v. <br><br> CITIBANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC. <br><br> Respondents. | Case No.:  4:25-cv-00597-HSG <br><br> **ORDER** |

///

///

///

ORDER

Pursuant to Plaintiff RAYMOND WU ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC. ("Equifax") stipulation, the Court dismisses Equifax and the entire case with prejudice. Each Party shall bear their own attorney's fees and costs.

Dated: November 6, 2025

District Judge Haywood S. Gilliam, Jr.

ORDER